**BISNAR | CHASE LLP**
BRIAN D. CHASE, SBN 164109
bchase@bisnarchase.com
ERIC S. CHUN, SBN 283482
echun@bisnarchase.com
1301 Dove Street, Suite 120 1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA INEZ SMITH, individually and as successor-in-interest to MICHAEL RAY SMITH, deceased; and MAKIA RAQUEL SMITH, individually and as successor-in-interest to MICHAEL RAY SMITH, deceased,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MEDTRONIC, INC; MEDTRONIC USA INC.; COVIDIEN LP; COVIDIEN SALES LLC; and DOES 1 TO 50,<br><br>　　　　　　Defendants. | Case No. 4:22-cv-09179-JSW<br><br>*Assigned to the Hon. Jeffrey White*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice in its entirety, each party to bear its own costs.

**IT IS SO STIPULATED**:

BISNAR CHASE, LLP

Dated: January 31, 2025   /s/ Eric S. Chun
Brian Chase
Eric S. Chun
Counsel for Plaintiffs MIA & MAKIA SMITH

Dated: January 31, 2025   SHOOK, HARDY & BACON

/s/Edd Gaus
Ed Gaus
Counsel for Defendants MEDTRONIC, INC.

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated:  February 13, 2025

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT ~~MAGISTRATE~~